*Grant / Judge*

*Bert Richardson*

PD1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/29/2015 2:53:40 PM
Accepted 4/29/2015 3:01:56 PM
ABEL ACOSTA
CLERK

**Cause No. PD-1396-14** *4/30/2015*

## IN THE TEXAS COURT OF CRIMINAL APPEALS

| | |
|---|---|
| **JON THOMAS FORD,** <br>     **Petitioner/Appellant,** <br><br> **vs.** <br><br> **THE STATE OF TEXAS,** <br>     **Respondent/Appellee.** | § **FROM THE FOURTH COURT OF** <br> § **APPEALS, SAN ANTONIO, TEXAS** <br> § **No. 04-12-00317-CR** <br> § <br> § [On Appeal from Cause No. <br> § 2010-CR-7741 in the 186th Dist. Court, <br> § Bexar County, San Antonio, Texas] |

### PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO APPELLEE'S BRIEF ON THE MERITS AFTER GRANTING OF DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES Petitioner, JON THOMAS FORD, by and through his undersigned counsel and pursuant to Rules 38.3 and 70.4 of the Texas Rules of Appellate Procedure files this unopposed motion for leave to file his Reply to Appellee's Brief on the Merits After Granting of Discretionary Review. In support of same, the Petitioner will show as follows:

1. Undersigned counsel has conferred with Assistant District Attorney Jay Brandon and he does not oppose this motion.

2. Rule 38.3 permits Appellant to file a reply brief so he may respond to Appellee's brief.

1

WHEREFORE PREMISES CONSIDERED, Petitioner respectfully prays that this Honorable Court grant this unopposed motion and file his Reply to Appellee's Brief on the Merits After Granting of Discretionary Review.

Respectfully Submitted:

_____/s/Cynthia E. Orr_____
Cynthia E. Orr
Bar No. 15313350

GOLDSTEIN, GOLDSTEIN & HILLEY
310 S. St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas 78205
210-226-1463
210-226-8367 facsimile
whitecollarlaw@gmail.com

Attorney for Petitioner,
JON THOMAS FORD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above Motion has been sent *via* E-file.Texas.gov, as registered participants, on this the 29th day of April, 2015 to the following:

Nicolas LaHood
District Attorney
Jay Brandon
Assistant District Attorney
Paul Elizondo Tower
101 West Nueva, Fourth Floor
San Antonio, Texas 78205
E-mail: jay.brandon@bexar.org,

_____/s/Cynthia E. Orr_____
Cynthia E. Orr